UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARLO WASHINGTON,

    Plaintiff,

v.                                            Case No. 3:23cv4041-LC-HTC

OFFICER G. COOK, et al.,

    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 17, 2023, (ECF No. 8), recommending this case be dismissed under 28 U.S.C. § 1915(e)(2)(B)(i) as malicious for abuse of the judicial process due to Plaintiff's failure to disclose his litigation history. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections havw been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for abuse of the judicial process due to Plaintiff's failure to disclose his litigation history.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 17th day of April, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**